UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ROGELIO FERNANDEZ,                           Case No. 14-35634-BKC-AJC
                                             Chapter 7

       Debtor.
_____/

## TRUSTEE'S *EX-PARTE* MOTION TO REFUND PORTION OF INCOME TAX REFUND

**BARRY E. MUKAMAL**, Trustee, hereby files this, *Ex-Parte* Motion to Refund Portion of Income Tax Refund, pursuant to 11 U.S.C. § 542, and states the following in support thereof:

1. This case commenced as a Chapter 7 proceeding on November 20, 2014, upon the filing of the Debtor's voluntary bankruptcy petition. Thereafter, the Barry E. Mukamal was appointed as the duly acting Chapter 7 Trustee.

2. Pursuant to 11 U.S.C. § 542, the Trustee asserted the estate's interest in the 2014 Income Tax Refund ("Refund") and notified the Debtor of same.

3. The Trustee is in receipt of the Refund check in the amount of $3,511.00 directly from the IRS.

4. The estate's interest in the Refund is equal to 324 of 365 days or 89% of the Refund, net of any amount received for earned income credit. The estate's interest in the Refund is equal to $3,124.79 and said portion is property of the estate.

5. The Trustee requests authority to refund a portion of the Refund equal to $386.21 upon entry of an Order by this Court.

**WHEREFORE**, the Trustee respectfully requests an Order allowing the Trustee to refund a portion of the 2014 Income Tax Refund and for any other such relief the Court deems equitable and just.

Respectfully submitted this 16th day of March, 2015.

                                                        /s/ Barry E. Mukamal  
                                                  Barry E. Mukamal, Trustee

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served as listed below on this 16th day of March, 2015.

**Served Electronically**

Assistant US Trustee

Robert Sanchez, Esq.

**Served Via US Mail**

Rogelio Fernandez  
15343 SW 184 St  
Miami, FL 33187-1711

                                                        /s/ Jazmin Padilla  
                                                  Jazmin Padilla for  
                                                  Barry E. Mukamal, Trustee  
                                                  1 S.E. Third Avenue, Box 158  
                                                  Miami, FL  33131  
                                                  Telephone:   (786) 517-5760