

ORDERED in the Southern District of Florida on March 17, 2015.

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov**

In re:

**ROGELIO FERNANDEZ,**                    Case No. 14-35634-BKC-AJC
                                          Chapter 7
        Debtor.
_____/

### ORDER GRANTING TRUSTEE'S *EX-PARTE* MOTION TO REFUND PORTION OF INCOME TAX REFUND

**THIS CAUSE** having come before the Court upon the Trustee's *Ex-Parte* Motion to Refund Portion of Income Tax Refund ("Motion") (ECF #23) and this Court having carefully considered the Motion and finding good cause exists for the relief sought, it is

**ORDERED** that said Motion is **GRANTED**.

1.    The Trustee is hereby directed to remit the Debtor's pro-rated portion of the 2014 income tax refund equal to $386.21 upon entry of this Order.

2.    The check shall be payable to Rogelio Fernandez at 15343 SW 184 St, Miami, FL  33187-1711.

                                         ###

Submitted by:
Barry E. Mukamal, Trustee
Trustee, Mukamal, is directed to serve this Order on all interested parties and to file a certificate of service.